This document was signed electronically on April 28, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: April 28, 2019



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) CASE NO 18-52205 |
| SEAN and KERRI SABOLESKY | ) |
| | ) BANKRUPTCY JUDGE ALAN M. |
| | ) KOSCHIK |
| | ) |
| | ) ORDER AVOIDING JUDICIAL LIEN |
| | ) OF MIDLAND FUNDING LLC |
| | ) |

This matter came on for consideration upon Debtors' Motion to Avoid Judicial Lien of the above creditor filed as PACER Docket Number 31. The Debtors' motion is incorporated herein ad if fully rewritten.

Debtors' counsel represents that all parties entitled to notice were served. No objections to this motion have been filed.

According to the formula set forth in 11 USC 522(f)(2)(A), the judicial lien held by the above creditor impairs the homestead exemption to which Debtors are entitled under ORC 2329.66(A)(1) and as such is avoidable pursuant to 11 USC 522(f)(1)(A).

The Court therefore orders that the judicial lien filed for record as follows shall be released: **Midland Funding LLC lien number JL-201011127 recorded on 10/18/2010 in the amount of $4,586.96 (plus interest and costs), resulting from a judgment in case number 10 CV 04441 in the Akron Municipal Court, Summit County, Ohio.**

If the creditor has filed a claim in this case, the claim shall be paid pro rata along with the general unsecured creditors provided for in the plan.

###

Submitted and Approved by:

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Phone: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Attorney for Debtors*

**COPIES TO:**

Rebecca J. Sremack, Attorney for Debtors (via ECF)

Harold Corzin, Chapter 7 Trustee (via ECF)

US Trustee (via ECF)

Edward Bailey, Attorney for Mortgagee Federal National Mortgage Association

Midland Funding LLC, 2365 Northside Dr #300, San Diego CA 92108

Nevenka Pavlovic c/o Midland Funding LLC, PO Box 30968, Middleburg Heights, OH 44130

Sean and Kerri Sabolesky, 1647 Redwood Ave., Akron OH 44301